SILVERMANACAMPORA LLP
Attorneys for Kenneth P. Silverman, Esq.,
Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

                           Debtors.
-------------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., THE CHAPTER 7
TRUSTEE OF THE JOINTLY ADMINISTERED
ESTATES OF NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

                           Plaintiff,

    -against-

RONALD KREMNITZER AND KREMNITZER
2011 IRREVOCABLE TRUST,

                           Defendants.
-------------------------------------------------------------------x

Chapter 7
Case No.:  17-11556 (JLG)
(Jointly Administered)

Adv. Pro. No.: 19-01279 (JLG)

## NOTICE OF DISMISSAL PURSUANT TO F.R.B.P. 7041
## VOLUNTARILY DISMISSING ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE**, that on or about June 4, 2019, Kenneth P. Silverman, Esq., chapter 7 trustee (the "Trustee") of the jointly administered chapter 7 debtors, National Events Holdings, LLC, et al., (the "Debtors") filed a Complaint commencing the above-captioned adversary proceeding (the "Adversary Proceeding") against Ronald Kremnitzer and Kremnitzer 2011 Irrevocable Trust (the "Defendants"), seeking inter alia, the avoidance and recovery of certain transfers of the Debtors' interest in property pursuant to 11 U.S.C. §§544(b), 548, and 550.

**PLEASE TAKE FURTHER NOTICE,** that upon receipt of documentation from Defendant demonstrating the provision of fair consideration or reasonably equivalent value to the Debtors in exchange for the transfers received, the Trustee, in his business judgment, no longer believes

the best interests of creditors are served by prosecuting claims against Defendants in the pending Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 7041of the Federal Rules of Bankruptcy Procedure the Trustee hereby dismisses the Adversary Proceeding, without prejudice.

Dated: Jericho, New York
August 24, 2020

> **SILVERMANACAMPORA LLP**
> Attorneys for Kenneth P. Silverman, Esq.
> the Chapter 7 Trustee
>
> By:  *s/David J. Mahoney*
> David J. Mahoney
> 100 Jericho Quadrangle, Suite 300
> Jericho, New York 11753
> (516) 479-6300